F I L E D
Clerk
District Court

SEP 1 6 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

LEONARDO M. RAPADAS
United States Attorney
TIMOTHY E. MORAN
Assistant United States Attorney
DISTRICT OF THE NORTHERN
 MARIANA ISLANDS
Horiguchi Building, Third Floor
P. O. Box 500377
Saipan, MP  96950-0377
Telephone:   (670) 236-2952
Fax:         (670) 236-2985

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>LIONEL BORJA,<br><br>        Defendant. | Criminal Case No. 03-00001<br><br>**STIPULATION** |

IT IS HEREBY STIPULATED AND AGREED by and between the United States of America, by Leonardo M. Rapadas, United States Attorney, Timothy E. Moran, Assistant United States Attorney, of counsel, Lionel Borja, the defendant, by and through his attorney, Mark Hanson, that the **sentencing** now scheduled for Friday, September 16, 2005, at 10:00 a.m., shall be rescheduled for **Thursday,**

///

///

**September 22, 2005 at 10:00 a.m.**

LEONARDO M. RAPADAS
United States Attorney
District of the Northern Mariana Islands

DATED: 9/15/05

By: TIMOTHY E. MORAN
Assistant U.S. Attorney

MARK HANSON
Attorney for Lionel Borja

SO ORDERED:

HONORABLE ALEX R. MUNSON
Chief Judge, District Court of
the Northern Mariana Islands

-2-