Clerk
District Court

SEP 2 0 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

LEONARDO M. RAPADAS
United States Attorney
TIMOTHY E. MORAN
Assistant United States Attorney
DISTRICT OF THE NORTHERN
   MARIANA ISLANDS
Horiguchi Building, Third Floor
P. O. Box 500377
Saipan, MP 96950-0377
Telephone:  (670) 236-2952
Fax:        (670) 236-2985

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>   v.<br><br>LIONEL BORJA,<br><br>            Defendant. | Criminal Case No. 03-00001<br><br>GOVERNMENT'S MOTION FOR SUBSTANTIAL ASSISTANCE DEPARTURE UNDER U.S.S.G. § 5K1.1 AND 18 U.S.C. § 3553(e) |

      COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Leonardo M. Rapadas, United States Attorney, and Timothy E. Moran, Assistant United States Attorney, and hereby moves the Court, pursuant to United States Sentencing Guidelines § 5K1.1 and 18 U.S.C. § 3553(e), to depart from the Sentencing Guidelines and the statutory mandatory minimum consecutive sentence, based on the defendant's substantial assistance to the Government.

      Pursuant to ¶ 6(a) of the Plea Agreement between the Government and the defendant, if the Court grants this motion, the applicable advisory Guidelines level is 26 (63 to 78 months). The Government further requests that the defendant be sentenced to a term in the bottom of that range, **63 months**.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

Date: 9/20/05           By: _____
                              TIMOTHY E. MORAN
                              Assistant United States Attorney